IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LI XIA LU, <br> D/B/A HAI YAN GROCERY, | : <br> : <br> : | CIVIL ACTION |
| *Plaintiff*, | : <br> : | |
| v. | : <br> : | No. 18-cv-1969 |
| UNITED STATES OF AMERICA, | : <br> : | |
| *Defendant*. | : <br> : | |

## ORDER

**AND NOW**, this 4th day of June, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), and Plaintiff's response thereto (ECF No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in my accompanying Memorandum Opinion. The Clerk of Court shall mark this case **CLOSED**.

                                            **BY THE COURT:**

                                            */s/ Mitchell S. Goldberg*

                                            **MITCHELL S. GOLDBERG, J.**